

# *Ninth Court of Appeals*

BE IT REMEMBERED:

THAT at the term of the Honorable Ninth Court of Appeals of the State of Texas, begun and holden at Beaumont on the 1st day of January, A.D. 2013, present, Chief Justice STEVE MCKEITHEN and Justices DAVID B. GAULTNEY, CHARLES KREGER and HOLLIS HORTON.

" Pursuant to and in compliance with an Order of the Supreme Court of Texas, dated January 17, 2013, it is ordered that these causes be transferred to the Thirteenth Court of Appeals, at Houston, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said cause to the Clerk of the Thirteenth Court of Appeals.

| | |
|---|---|
| 09-13-014-CR | Ansley Oshan Bogany v. State of Texas |
| 09-13-015-CV | In the Interest of T.A.H. |
| 09-13-016-CV | USAA Texas Lloyd's Company v. Gail Menchaca |
| 09-13-017-CV | HR Mechanical, LLC v. KRR1 Construction, LLC |
| 09-13-018-CR | John Daniel Sterner v. State of Texas |
| 09-13-020-CV | In the Interst of C.C.F. |
| 09-13-023-CV | Roger Earl Ebarb v. Nancy Ebarb Hopson as Independent Executrix of the Estate of Lucille Leone Ebarb |
| 09-13-026-CR | Joshua Joseph Corbin v. State of Texas |
| 09-13-029-CR | Shawn Patrick Haley v. State of Texas |
| 09-13-030-CR | Max Johnson v. State of Texas |
| 09-13-031-CR | Max Johnson Jr. aka John Nones v. State of Texas |
| 09-13-032-CR | Randy James Lewis Jr v. State of Texas |
| 09-13-033-CR | Randy James Lewis Jr v. State of Texas |

I, Carol Anne Harley, Clerk of the Court of Appeals for the Ninth District of Texas, at the City of Beaumont, herein certify that the foregoing is a true copy of this Court's order entered from this Court to the Court of Appeals for the Thirteenth District of Texas at Houston as appears of record in Minute Book Volume 17 Page 252."

IN WITNESS WHEREOF, I hereunto set my hand and affix the seal of this Court at Beaumont this 28th of January 2013.

_____
Carol Anne Harley
Clerk of the Court